IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:09-cr-186 |
| JUAN AGUILAR-RAMIREZ, | ) ) | ORDER |
| Defendant. | ) ) | |

    This matter is before the court on the Motion of Juan Aguilar-Ramirez to continue trial because he is engaged in discussions of possible resolutions with the government. The court finds that the defendant has not satisfactorily explained why plea negotiations cannot be timely completed and has not shown good cause for a continuance of the scheduled trial date.

    IT IS ORDERED that defendant's Motion to Continue Trial (Doc. 32) is denied. The trial of this matter remains scheduled for **August 11, 2009.**

    Pursuant to NECrimR 57.2, a party may appeal this order by filing an "Appeal of Magistrate Judge's Order" no later than **August 6, 2009.**

    DATED August 3, 2009.

                                                  BY THE COURT:

                                                s/ F.A. Gossett
                                                United States Magistrate Judge